UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

'009 SEP 1. A 10 U

ATLANTIC RESEARCH MARKETING
SYSTEMS, INC.,

   Plaintiff,

vs.

MAGPUL INDUSTRIES CORPORATION

   Defendant.

C.A. No. 09-

09 CA 11502 MLW

## COMPLAINT

Plaintiff, Atlantic Research Marketing Systems, Inc. ("A.R.M.S."), brings this action against defendant, Magpul Industries Corporation ("Magpul") for patent infringement. By this Complaint, A.R.M.S. seeks, *inter alia,* injunctive relief and monetary damages and alleges as follows:

## PARTIES

1. A.R.M.S. is a Massachusetts corporation with its principal place of business located at 230 W. Center Street, West Bridgewater, Massachusetts. A.R.M.S. manufactures, markets and sells innovative small arms accessories designed and developed by its founder, president and Chief Executive Officer, Richard Swan.

2. Upon information and belief, Magpul is a Colorado corporation with its principal place of business located at 400 Young Court, Erie, Colorado. Upon information and belief, Magpul manufactures, markets and/or sells small arms accessories. Upon information and belief, Magpul has sold and continues to sell its products in Massachusetts and throughout the United States.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Magpul because, upon information and belief, Magpul does business in Massachusetts and markets and sells infringing products in Massachusetts.

5. Venue is proper under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(b).

## FACTS

6. For over thirty years, A.R.M.S. and Richard E. Swan have designed, manufactured, marketed and/or sold small arms accessories, and other mount interface devices for commercial and military uses. Mr. Swan has invented and patented numerous devices for small arms products, and crew-served weaponry, such as iron sights, mounts, rail platforms, sleeved rails, dovetail rails, anti-armor mounts and grenade launcher mounts.

7. On April 15, 2008, the United States Patent and Trademark Office issued to Mr Swan U.S. Patent No. 7,356,962 (the "'962 patent") entitled Low Profile Flip Up Site. (A true copy of the '962 patent is attached hereto as Exhibit A.) Mr. Swan assigned the '962 patent to A.R.M.S.

8. Magpul is manufacturing, marketing, selling and/or offering to sell flip up rear sights under the designation MBUS that embody the '962 patent (the "Accused Products").

9. The Accused Products infringe one or more of the claims of the '962 patent.

10. A.R.M.S. contacted Magpul demanding that it immediately cease and desist its sale of the Accused Products. Notwithstanding this, Magpul continues to market and sell the Accused Products.

2

11.   Magpul intentionally infringed the '962 patent by manufacturing, marketing, selling and/or offering for sale the Accused Products in the United States, including Massachusetts.

12.   Magpul's wrongful actions were conducted without authorization or license.

13.   Magpul had prior knowledge of the '962 patent, and therefore its conduct is both willful and deliberate.

## COUNT I
### (Infringement of the '962 Patent—35 U.S.C. §271)

14.   A.R.M.S. realleges and incorporates by reference paragraphs 1 through 13 as if fully set forth herein.

15.   Defendant knowingly and intentionally infringed the '962 patent.

16.   A.R.M.S. has suffered s damage as a result of Defendant's infringement of the '962 patent.

17.   A.R.M.S. is entitled to an accounting of Defendant's profits derived from the sale of the Accused Products.

18.   Defendant committed such acts in an intentional and willful manner that make this case exceptional under 35 U.S.C. § 285.

### RELIEF REQUESTED

WHEREFORE, Plaintiff, Atlantic Research Marketing Systems, Inc. prays for judgment in its favor and against Defendant Magpul Industries Corporation, and requests that:

A.   Judgment enter in its favor and against Defendant;

B.   Defendant be adjudged to have infringed the '962 patent and that such infringement be adjudged to have been willful;

C.   A.R.M.S. be awarded damages in an amount no less than a reasonable royalty for

3

Defendant's infringement of the '962 patent;

    D.    A.R.M.S. be awarded treble damages pursuant to 35 U.S.C. § 284 because of the willful nature of Defendant's acts;

    E.    A.R.M.S. be awarded prejudgment interest;

    F.    A.R.M.S. be awarded its costs, attorneys' fees, and expenses in this suit under 35 U.S.C. § 285;

    G.    Defendant, and each of its officers, directors, agents, servants, employees and representatives, and those persons in active concert or participation with them or any of them, be ordered to;

        (1)    remove the Accused Products from the Internet, catalogues, retail stores and other channels of trade;

        (2)    omit reference to the Accused Products on the Internet, in future catalogs, in retail stores, in advertisements and all other channels of trade;

        (3)    recall from its employees, subsidiaries, dealers, distributors, resellers and customers, any and all Accused Products and advertising of the Accused Products; and

        (4)    surrender for destruction, or other disposition at the election of A.R.M.S., all extrusions, molds, dies, components-in-progress, components, production materials, products, castings, fixtures, prints, computer programs, solid modeling, prototypes, engineering records and all means of manufacture associated with the production of Accused Products; and

    H.    A.R.M.S. be awarded such other and further relief as this Court may deem just and proper.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY
FOR ALL ISSUES SO TRIABLE.**

>                          Respectfully submitted,
>                          ATLANTIC RESEARCH
>                          MARKETING SYSTEMS, INC.
>                          By its Attorneys
>
>                          _____
>                          Craig M. Scott (BBO No. 556210)
>                          Christine K. Bush (BBO No. 635381)
>                          SCOTT & BUSH LTD.
>                          30 Kennedy Plaza, Fourth Floor
>                          Providence, Rhode Island 02903
>                          (401) 865-6035
>                          (401) 865-6039 FAX
>                          cscott@scottbushlaw.com
>                          cbush@scottbushlaw.com

September 10, 2009

Atlantic Research Marketing (ARMS)/Magpul/Pleadings/Complaint